IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| DAVID MCCLURE, *on behalf of himself and others similarly situated,*  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>MIDLAND FUNDING, LLC, and  )<br>MIDLAND CREDIT  )<br>MANAGEMENT, INC.,  )<br>)<br>Defendants.  )<br>) | CIVIL ACTION NO.<br>5:15-cv-00437-MHH |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff David McClure and defendants Midland Funding, LLC and Midland Credit Management, Inc. (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that all claims that were, are and/or could have been asserted in this action by plaintiff David McClure are dismissed with prejudice. The parties further jointly stipulate that the claims of the putative class members are dismissed without prejudice. The parties further stipulate that each party is to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 10th day of August 2017.

30123101 v1

_____  _____
David L. Selby, II (ASB-6994-Y62D)   R. Frank Springfield (SPR024)
Matthew J. Ford (ASB-6725-W58F)   Ryan J. Hebson (HEB003)
BAILEY & GLASSER LLP   BURR & FORMAN LLP
3000 Riverchase Galleria, Suite 905   420 North 20th Street,
Birmingham, Alabama  35244   Suite 3400
Telephone:  (205) 988-9253   Birmingham, Alabama  35203
Facsimile:  (205) 733-4896   Telephone:  (205) 251-3000
dselby@baileyglasser.com   Facsimile:  (205) 458-5100
mford@baileyglasser.com   fspringf@burr.com
   rhebson@burr.com

John J. Roddy (*pro hac vice*)
Elizabeth A. Ryan (*pro hac vice*)   Attorneys for Defendants
BAILEY & GLASSER LLP   MIDLAND FUNDING, LLC AND
99 High Street, Suite 304   MIDLAND CREDIT MANAGEMENT, INC.
Boston, Massachusetts  02110
Telephone:  (617) 439-6730
Facsimile:  (617) 951-3954
eryan@baileyglasser.com
jroddy@baileyglasser.com

Attorneys for Plaintiff
DAVID MCCLURE

30123101 v1

## CERTIFICATE OF SERVICE

I hereby certify that on this __10__ day of August 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David L. Selby, II
Matthew J. Ford
BAILEY & GLASSER LLP
3000 Riverchase Galleria, Suite 905
Birmingham, Alabama  35244

John J. Roddy
Elizabeth A. Ryan
BAILEY & GLASSER LLP
99 High Street, Suite 304
Boston, Massachusetts  02110

_____
OF COUNSEL