# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **DAVID McCLURE,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 5:15-cv-00437-MHH |
| **MIDLAND FUNDING, LLC, et al.,** | } |
| **Defendants.** | } |

## ORDER

Plaintiff David McClure and Defendants Midland Funding, LLC and Midland Credit Management, Inc. filed a Joint Stipulation for Dismissal with prejudice. (Doc. 55).

The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE**. The parties are to bear their own fees, costs and expenses. The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this August 11, 2017.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE